### JEFF. FRAZIER v. THE STATE.

The crime "against nature," or sodomy, is not so described in the statutes of Texas as to be an offense.

APPEAL from McLennan.   Tried below before the Hon. J. W. Oliver.

Frazier was indicted for sodomy.   Exceptions to the indictment were sustained, and the State appealed.

Wm. Alexander, Attorney-General, for the State.

OGDEN, P. J.—Under the statutes and decisions of this court, in the case of Fennell v. The State, 32 Texas, 378, we must hold that there is no such offense known to our law as the one charged in the indictment, and that the court did not err in sustaining the exceptions to the indictment, and the judgment is affirmed.

AFFIRMED.